■ In the Matter of FRANCES SCHLUER, an alleged Incompetent, Appellant. JOHN J. MULLALEY, Respondent; FRANK R. MULLALEY et al., Respondents. — Motion granted and the stay contained in the order to show cause, dated October 9, 1959, is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES ROBINSON.— Motion denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD STEELE.— Motion granted insofar as to extend defendant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of HERBERT LONDON, Doing Business as H. M. W. MANAGEMENT Co. against ROBERT C. WEAVER, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOSE M. NEGRON v. MARTINS LOCAL, INC.— Motion to dismiss appeal granted, with $10 costs, with leave to the appellant to move to vacate the dismissal upon an affidavit of merit and a showing of reasonable cause for the delay. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ BRANERTON CORPORATION v. BERNATTI, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM WHITE.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ NANCY DAVISON, an Infant, et al. v. 433 WEST 25th STREET CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYDNEY SNITOW et al. v. NELSON C. DUKES et al.— Motion granted insofar as to dispense with printing of the exhibits in the record on appeal on condition that the originals thereof are filed with the court on the Wednesday preceding the first day of the Term for which the appeal is noticed for argument. In all other respects, the motion is denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.